UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| JOSEPH DRAKE PETERSON ) | BANKRUPTCY CASE NUMBER 09-12536 |
| MELINDA JOSEPHINE PETERSON ) | CHAPTER 7 |
| ) | |
| DEBTORS. ) | |

## SECOND NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee filed her Final Report And Distribution Summary on September 30, 2010, and issued checks as proposed in said proposed distribution.

3. That Check #106 issued to Best Buy, PO Box 15521, Wilmington, Delaware 19850 on October 25, 2010 in the amount of $149.54 was returned by the creditor with a request for additional information which the Trustee is unable to provide.

4. That the Trustee hereby gives notice that such amount of **$149.54** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

Respectfully submitted,

    /s/ Yvette Gaff Kleven
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 23rd day of November, 2010, a true and correct copy of the above and foregoing Second Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to:  United States Trustee, USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to: Best Buy, PO Box 15521, Wilmington, Delaware 19850.

                                                          /s/ Yvette Gaff Kleven
                                               Yvette Gaff Kleven